# United States District Court

## District of the Northern Mariana Islands

Aurelio D. Lacbayo
Asuncion P. Tudela

　　　　　Plaintiff

　　　　　V.

Watabe Wedding,

　　　　　Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: CV 08 - 0013

FILED
Clerk
District Court

MAR - 6 2008

For The Northern Mariana Islands
By_____
　　　　　(Deputy Clerk)

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

[X] GRANTED.

　[X] The clerk is directed to file the complaint.

　[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

_____

ENTER this  6th  day of  March , 2008.

_____
Signature of Judicial Officer

ALEX R MUNSON
Name and Title of Judicial Officer  JUDGE