# United States District Court
## District of the Northern Mariana Islands

Aurelio D. Lacbayo
Asuncion P. Tudela

V.

Watabe Wedding,

**COPY**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 0013

FILED
Clerk
District Court
JUN 1 2 2008
For The Northern Mariana Islands
By _____
(Deputy Clerk)

RECEIVED
MAR 11 2008
US MARSHALS SERVICE-CNMI

TO: (Name and address of Defendant)

Watabe Wedding,
P.O. Box 7451 SVRB, Saipan MP 96950

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Attorney Stephen C. Woodruff
2/F Hill Law Office Bldg., Susupe
Saipan, MP 96950
Tel: 235-3872
Faz: 235-3873

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez                                          MAR - 6 2008
CLERK                                                  DATE
_____
(By) DEPUTY CLERK

○ 440  (Rev. 08/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 6/12/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Ray Pangunl | District Security Officer |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Failed to provide USM 285 a contact information for service to include a map.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___N/A___
          Date

Signature of Server: _____ DSO 8841

Address of Server: US Marshal D/NMI P.O. Box 500570 Saipan MP 96950

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aurelio D. Lacbayo & Asuncion P. Tudela | CV-08-0013 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Watabe Wedding | Civil Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Watabe Wedding

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. Box 7451 SVRB, Saipan MP 96950

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Attorney Stephen C. Woodruff
2/F Hill Law Office Bldg., Susupe
Saipan MP 96950
Tel: 235-3872   Fax: 235-3873

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
Clerk
District Court

JUN 12 2008

For The Northern Mariana Islands
By _____ (Deputy Clerk)

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER | DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 01 | District of Origin No. 05 | District to Serve No. 05 | Signature of Authorized USMS Deputy or Clerk  CIDUSM #3086 | Date 6/12/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service | Time am/pm
Signature of U.S. Marshal or Deputy  DSO 8841

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | 0 | 0 | 0 | 0.00 |

REMARKS: Failed to provide USM 285 & contact information for service to include map.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |