# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-08-0013                                                    September 4, 2008
                                                              8:55 a.m.

### AURELIO T. LACBAYO, et al -v- WATANABE WEDDING

PRESENT:        Hon. Alex R. Munson, Chief Judge
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Stephen Woodruff, Attorney for Plaintiff

PROCEEDINGS:   ORDER TO SHOW CAUSE

Attorney Stephen Woodruff was present on behalf of Plaintiffs. Defendants were not represented.

Attorney Woodruff argued for more time.

Court, after hearing all argument, gave the Plaintiff sixty (60) days to effect service in this case.

Adjourned 8:56 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy